**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TRISHA PARAVAS, *et al.,*

Plaintiffs,

-against-

LIOR ALDAD, ESQ, *et al.,*

Defendants.

-----------------------------------------------------------------X

**26 Civ. No. 5994 (JPC) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Thursday, October 29, 2026 at 1:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [257 463 450 089 810] Passcode: [cC6AM3Cj]**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

The Honorable Gary Stein
United States Magistrate Judge