**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
TRISHA PARAVAS, *et al.*,
Plaintiffs,

-against-

LIOR ALDAD, ESQ., *et al.*,
Defendants.
---------------------------------------------------------------X

**26 Civ. No. 5994 (JPC) (GS)**

**<u>RESCHEDULING ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

The Status Conference scheduled for today, **Thursday, October 29, 2026** is hereby adjourned to **Wednesday, December 9, 2026** at **2:00 p.m.** The parties are directed to use the Microsoft Teams meeting information in Dkt. No. 47 to join the call.

**SO ORDERED.**

DATED: New York, New York
November 2, 2026

_______________________________
The Honorable Gary Stein
United States Magistrate Judge